**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

WILMINGTON DE 19808

| | |
|---|---|
| Postage | $ $1.65 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.45 |

Postmark Here

FEB 6 2008 USPS
SAN DIEGO CA SORRENTO VALLEY

02/06/2008

7001 0320 0004 3020 1458

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Sanyo North America Corporation
The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

PS Form 3800, Janu...

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

Sanyo North America Corporation
The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

4a. Article Number
7001 0320 0004 3020 1458

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail       ☐ Insured
☐ Return Receipt for Merchandise    ☐ COD

7. Date of Delivery
FEB 11 2008

WILMINGTON DE
U.S. 3 - 19808

5. Received By: (Print Name)

6. Signature:
X

8. Addressee's Address (Only if requested and fee is paid)

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form **3811**, December 1994        102595-98-B-0229        Domestic Return Receipt