1  MELODY A. KRAMER, SBN 169984
   Kramer Law Office, Inc.
2  9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
   Telephone (858) 362-3150
4  mak@kramerlawip.com

5  J. MICHAEL KALER, SBN 158296
   Kaler Law Offices
6  9930 Mesa Rim Road, Suite 200
7  San Diego, California 92121
   Telephone (858) 362-3151
8  michael@kalerlaw.com

9  Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee
   of SORENSEN RESEARCH AND DEVELOPMENT TRUST
10

11 DOUGLAS CARSTEN, SBN 198467
   dcarsten@foley.com
12 DEBRA D. NYE, SBN 226076
   dnye@foley.com
13 Foley & Lardner LLP
   11250 El Camino Real, Suit 200
14 San Diego, California 92130
   Telephone: (858) 847-6700
15

16 Attorneys for Defendant
   SANYO NORTH AMERICA CORPORATION
17

18                  UNITED STATES DISTRICT COURT

19                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

20

21 JENS ERIK SORENSEN, as Trustee of      ) Case No. 08cv135 BTM CAB
   SORENSEN RESEARCH AND                  )
22 DEVELOPMENT TRUST,                     )
                                          ) **JOINT MOTION TO EXTEND DEADLINE**
23              Plaintiff                 ) **FOR DEFENDANT SANYO NORTH**
       v.                                 ) **AMERICA CORPORATION TO RESPOND**
24                                        ) **TO PLAINTIFF'S COMPLAINT**
   SANYO NORTH AMERICA CORPORATION, )
25 a Delaware Corporation; and DOES 1 – 100, ) [Hon. Barry Ted Moskowitz]
                                          )
26              Defendants.               )
                                          )
27                                        )
28 _____)

1  On January 23, 2008, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") filed a Complaint for Patent Infringement against SANYO NORTH AMERICA CORPORATION, a Delaware Corporation, in the United States District Court for the Southern District of California, Case No. 3:08-cv-135-BTM-CAB.

According to Plaintiff, Defendant Sanyo North America Corporation's response to the Complaint for Patent Infringement is due on March 10, 2008. Plaintiff has agreed to extend the deadline for Defendant Sanyo North America Corporation to respond to Plaintiff's Complaint from March 10, 2008 to April 9, 2008.

## **STIPULATION**

Plaintiff and Defendant Sanyo North America Corporation, by and through their respective counsel, hereby stipulate to and jointly move the Court to extend deadline for **Defendant Sanyo North America Corporation** to respond to Plaintiff's Complaint for Patent Infringement from March 10, 2008 to **April 9, 2008**.

The parties have authorized electronic signatures for purposes of this Joint Motion.

IT IS SO STIPULATED.

DATED this 10th day of March, 2008.

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/
---
Melody A. Kramer/J. Michael Kaler
Attorneys for Plaintiff

SANYO NORTH AMERICA CORPORATION, Defendant

/s/
---
Douglas Carsten/Debra D. Nye
Attorneys for Defendant