UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> SANYO NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 – 100, <br><br> Defendants. | Case No. 08cv135 BTM CAB <br><br> **ORDER EXTENDING DEADLINE FOR DEFENDANT SANYO NORTH AMERICA CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> [Hon. Barry Ted Moskowitz] |

Pursuant to stipulation by the parties and good cause appearing therefore, the Court hereby grants Plaintiff and Defendant Sanyo North America Corporation's Joint Motion to extend the deadline for Defendant Sanyo North America Corporation to respond to Plaintiff's complaint from March 10, 2008 to April 9, 2008.

IT IS SO ORDERED.

Dated:   March 11, 2008

_____
Honorable Barry Ted Moskowitz
Judge of the United States District Court