MELODY A. KRAMER, SBN 169984
Kramer Law Office, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee
of SORENSEN RESEARCH AND DEVELOPMENT TRUST

DOUGLAS CARSTEN, SBN 198467
dcarsten@foley.com
DEBRA D. NYE, SBN 226076
dnye@foley.com
Foley & Lardner LLP
11250 El Camino Real, Suit 200
San Diego, California 92130
Telephone: (858) 847-6700

Attorneys for Defendant
SANYO NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>SANYO NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 – 100,<br><br>Defendants. | Case No. 08cv135 BTM CAB<br><br>**CORRECTED JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT SANYO NORTH AMERICA CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Hon. Barry Ted Moskowitz] |

On January 23, 2008, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") filed a Complaint for Patent Infringement against SANYO NORTH AMERICA CORPORATION, a Delaware Corporation, in the United States District Court for the Southern District of California, Case No. 3:08-cv-135-BTM-CAB.

According to Plaintiff, Defendant Sanyo North America Corporation's response to the Complaint for Patent Infringement is due on March 10, 2008. Plaintiff has agreed to extend the deadline for Defendant Sanyo North America Corporation to respond to Plaintiff's Complaint from March 10, 2008 to April 9, 2008.

## **STIPULATION**

Plaintiff and Defendant Sanyo North America Corporation, by and through their respective counsel, hereby stipulate to and jointly move the Court to extend deadline for **Defendant Sanyo North America Corporation** to respond to Plaintiff's Complaint for Patent Infringement from March 10, 2008 to **April 9, 2008**.

The parties have authorized electronic signatures for purposes of this Joint Motion.

IT IS SO STIPULATED.

DATED this 13th day of March, 2008.

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ Melody A. Kramer
---
Melody A. Kramer/J. Michael Kaler
Attorneys for Plaintiff

SANYO NORTH AMERICA CORPORATION, Defendant

/s/ Douglas Carsten
---
Douglas Carsten/Debra D. Nye
Attorneys for Defendant