| | |
|---|---|
| 1 | DOUGLAS CARSTEN, SBN 198467 |
| | dcarsten@foley.com |
| 2 | DEBRA D. NYE, SBN 226076 |
| | dnye@foley.com |
| 3 | Foley & Lardner LLP |
| 4 | 11250 El Camino Real, Suit 200 |
| | San Diego, California 92130 |
| 5 | Telephone: (858) 847-6700 |
| 6 | |
| | Attorneys for Defendant |
| 7 | SANYO NORTH AMERICA CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) ) ) ) | Case No. 08-cv-0135 BTM (CAB) |
| Plaintiff | ) ) | |
| v. | ) ) | **PROOF OF SERVICE** |
| SANYO NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 – 100, | ) ) ) ) | |
| Defendants. | ) ) ) ) ) | |

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action; my current business address is 11250 El Camino Real, Suite 200, San Diego, California 92130.

On April 9, 2008 I served the foregoing document(s) described as:

DEFENDANT SANYO NORTH AMERICA CORPORATION'S ANSWER AND

AFFIRMATIVE DEFENSES

on the interested parties in this action as follows:

X    BY ELECTRONIC SERVICE: Through the Court's ECF system, which will serve the documents on counsel for plaintiff electronically as follows:

| | |
|---|---|
| Melody A Kramer, Esq.<br>Kramer Law Office, Inc.<br>9930 Mesa rim Road, Suite 1600<br>San Diego, CA 92121<br>858.362.3150<br>mak@kramerlawip.com (email) | Attorneys for Plaintiff<br>JENS ERIK SORENSEN, as Trustee of<br>SORENSEN RESEARCH AND<br>DEVELOPMENT TRUST |

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121
Tel: 858.362.3151
Michael@kalerlaw.com (email)

X    Executed on April 9, 2008, at San Diego, California.

X    (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jeff Kauffman

2.   Case No. 08cv0135 BTM CAB