DOUGLAS CARSTEN, SBN 198467
dcarsten@foley.com
DEBRA D. NYE, SBN 226076
dnye@foley.com
Foley & Lardner LLP
11250 El Camino Real, Suit 200
San Diego, California 92130
Telephone: (858) 847-6700

Attorneys for Defendant
SANYO NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br><br>v.<br><br>SANYO NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 – 100,<br><br>Defendants. | Case No. 08-cv-0135 BTM (CAB)<br><br>**DEFENDANT SANYO NORTH AMERICA CORPORATION'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Hon. Barry Ted Moskowitz |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

Pursuant to Local Rule 40.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sanyo North America Corporation (hereinafter "Sanyo") hereby submits its Notice of Party with Financial Interest, as follows:

Sanyo is 100% owned by its parent, Sanyo Electric Co., Ltd., which is a publicly traded company.

1  
2  Date: April 9, 2008  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Respectfully submitted,

/s/ Douglas Carsten
_____

Douglas H. Carsten, SBN 198467  
dcarsten@foley.com  
FOLEY & LARDNER LLP  
11250 El Camino Real, Suite 200  
San Diego, California 92130  
Phone: 858-847-6700  

Attorneys for Defendant  
SANYO NORTH AMERICA CORPORATION