DOUGLAS CARSTEN, SBN 198467
dcarsten@foley.com
DEBRA D. NYE, SBN 226076
dnye@foley.com
Foley & Lardner LLP
11250 El Camino Real, Suit 200
San Diego, California 92130
Telephone: (858) 847-6700

Attorneys for Defendant
SANYO NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br><br>v.<br><br>SANYO NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 – 100,<br><br>Defendants. | Case No. 08-cv-0135 BTM (CAB)<br><br>**PROOF OF SERVICE** |

1

**PROOF OF SERVICE**

2        I am employed in the County of San Diego, State of California. I am over the

3   age of 18 and not a party to this action; my current business address is 11250 El Camino

4   Real, Suite 200, San Diego, California 92130.

5        On April 9, 2008 I served the foregoing document(s) described as:

6   DEFENDANT SANYO NORTH AMERICA CORPORATION'S NOTICE OF PARTY WITH

7                             FINANCIAL INTEREST

8   on the interested parties in this action as follows:

9    X      BY ELECTRONIC SERVICE: Through the Court's ECF system, which will
             serve the documents on counsel for plaintiff electronically as follows:
10

11   Melody A Kramer, Esq.                   Attorneys for Plaintiff
     Kramer Law Office, Inc.                 JENS ERIK SORENSEN, as Trustee of
     9930 Mesa rim Road, Suite 1600          SORENSEN RESEARCH AND
12   San Diego, CA 92121                     DEVELOPMENT TRUST
     858.362.3150
13   mak@kramerlawip.com (email)

14   J. Michael Kaler
     Kaler Law Offices
15   9930 Mesa Rim Road, Suite 200
     San Diego, CA 92121
16   Tel: 858.362.3151
     Michael@kalerlaw.com (email)
17

18
      X      Executed on April 9, 2008, at San Diego, California.
19

20    X      (Federal)   I declare that I am employed in the office of a member of the bar of
                         this court at whose direction the service was made.
21

22
                                  Jeff Kauffman
23

24

25

26

27

28

2.                     Case No. 08cv0135 BTM CAB