| 90/008,775 | STABILIZED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPARATE COMPLIMENT MOLD PARTS | 04-02-2008::12:05:29 |

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 90/008,775 | Customer Number: | - |
| Filing or 371 (c) Date: | 07-30-2007 | Status: | Response after Non-Final Action Entered (or Ready for Examiner Action) |
| Application Type: | Re-Examination | Status Date: | 03-11-2008 |
| Examiner Name: | DIAMOND, ALAN D | Location: | ELECTRONIC |
| Group Art Unit: | 3991 | Location Date: | - |
| Confirmation Number: | 9943 | Earliest Publication No: | - |
| Attorney Docket Number: | X32441 | Earliest Publication Date: | - |
| Class / Subclass: | 264/246 | Patent Number: | - |
| First Named Inventor: | 4935184 | Issue Date of Patent: | - |

| Title of Invention: | STABILIZED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPARATE COMPLIMENT MOLD PARTS |

**Close Window**

| 90/008,775 | STABILIZED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPARATE COMPLIMENT MOLD PARTS | 04-02-2008::09:19:51 |
|---|---|---|

## Transaction History

| Date | Transaction Description |
|---|---|
| 03-11-2008 | Date Forwarded to Examiner |
| 02-01-2008 | Information Disclosure Statement (IDS) Filed |
| 02-01-2008 | Certificate of Service |
| 02-01-2008 | Information Disclosure Statement Filed |
| 12-21-2007 | Information Disclosure Statement (IDS) Filed |
| 12-21-2007 | Certificate of Service |
| 12-21-2007 | Information Disclosure Statement Filed |
| 01-03-2008 | Email Notification |
| 01-03-2008 | Change in Power of Attorney (May Include Associate POA) |
| 01-02-2008 | Correspondence Address Change |
| 12-21-2007 | Information Disclosure Statement (IDS) Filed |
| 10-11-2007 | Determination -- Reexam Ordered |
| 07-30-2007 | Information Disclosure Statement considered |
| 10-03-2007 | Reexam Litigation Search Conducted |
| 10-16-2007 | Notice of Reexam Published in Official Gazette |
| 09-11-2007 | Case Docketed to Examiner in GAU |
| 07-30-2007 | Information Disclosure Statement (IDS) Filed |
| 08-02-2007 | Notice of assignment of reexamination request |
| 08-02-2007 | Notice of reexamination request filing date |
| 08-01-2007 | Completion of Preprocessing - Released to Assigned GAU |
| 08-02-2007 | Application Is Now Complete |
| 08-01-2007 | Title Report |
| 07-30-2007 | Reexamination requested by third party requester |
| 07-30-2007 | Receipt of Original Ex Parte Reexam Request |

**Close Window**