| 90/008,976 | STABILIZIED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPERATE COMPLIMENTARY MOLD PARTS | 04-02-2008::12:06:12 |

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 90/008,976 | Customer Number: | - |
| Filing or 371 (c) Date: | 12-21-2007 | Status: | Determination - Reexamination Ordered |
| Application Type: | Re-Examination | Status Date: | 02-21-2008 |
| Examiner Name: | JASTRZAB, KRISANNE MARIE | Location: | ELECTRONIC |
| Group Art Unit: | 3991 | Location Date: | - |
| Confirmation Number: | 6753 | Earliest Publication No: | - |
| Attorney Docket Number: | 065640-0260 | Earliest Publication Date: | - |
| Class / Subclass: | 264/246 | Patent Number: | - |
| First Named Inventor: | 4935184 | Issue Date of Patent: | - |

| Title of Invention: | STABILIZIED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPERATE COMPLIMENTARY MOLD PARTS |

**Close Window**

| 90/008,976 | STABILIZIED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPERATE COMPLIMENTARY MOLD PARTS | 04-02-2008::09:21:45 |

## Transaction History

| Date | Transaction Description |
|---|---|
| 04-01-2008 | Notice of Reexam Published in Official Gazette |
| 02-21-2008 | Determination -- Reexam Ordered |
| 02-16-2008 | Reexam Litigation Search Conducted |
| 12-21-2007 | Information Disclosure Statement considered |
| 01-29-2008 | Case Docketed to Examiner in GAU |
| 12-21-2007 | Information Disclosure Statement (IDS) Filed |
| 01-10-2008 | Completion of Preprocessing - Released to Assigned GAU |
| 01-10-2008 | Title Report |
| 01-10-2008 | Notice of reexamination request filing date |
| 01-10-2008 | Notice of assignment of reexamination request |
| 12-21-2007 | Reexamination requested by third party requester |
| 12-21-2007 | Receipt of Original Ex Parte Reexam Request |

**Close Window**