# Carsten, Douglas

| | |
|---|---|
| From: | mak@kramerlawip.com |
| Sent: | Tuesday, March 04, 2008 9:59 AM |
| To: | Carsten, Douglas |
| Cc: | michael@kaler.com |
| Subject: | Sorensen v Sanyo |
| Attachments: | Feb 25 2008 status conference.pdf; 028 Opp to Mtn to Stay_Memo.pdf |




Feb 25 2008 status conference....

028 Opp to Mtn to Stay_Memo.pd...

Dear Mr. Carsten:

Thank you for your email of February 28th.
Based on some recent developments, I will not be in a position to forward you a proposed stipulation for partial stay of this case yet.
Comments by Judge Moskowitz in a related proceeding (transcript attached), as well as new information that we presented to the Court in opposition to another motion for stay (memorandum attached), place the entire landscape of the scope and duration of any stay that the Court may enter in substantial question.

If Sanyo would like to have an additional 30 days before having to respond to the Complaint, we are amenable to such a stipulation.

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121
858/362-3150 direct
858/824-9073 fax

This email and any attachments thereto is confidential and may be covered by attorney-client and/or work product privileges.
  If you have inadvertently received this email, please immediately reply to the sender and destroy all electronic and paper copies of the email and/or attachments.

1