# Carsten, Douglas

| | |
|---|---|
| **From:** | mak@kramerlawip.com |
| **Sent:** | Tuesday, April 01, 2008 12:42 PM |
| **To:** | Carsten, Douglas |
| **Cc:** | michael@kalerlaw.com; Nye, Debra |
| **Subject:** | Re: Sorensen v Sanyo |

Dear Mr. Carsten:

Thank you for checking in with me again about this issue.  Due to our current knowledge and investigation, we are not going to be in a position to stipulate to a stay of this case.  As your firm is reporting to its collegues, reexaminations are averaging 5-7 years rather than the approximate 2 years reported by the PTO.  This undermines a material assumption made by Judge Moskowitz in his Black & Decker order of stay and warrants further review.

Melody Kramer

```
> ----- Original Message -----
> From: "Carsten, Douglas" <DCarsten@foley.com>
> To: mak@kramerlawip.com
> Subject: Re: Sorensen v Sanyo
> Date: Tue, 1 Apr 2008 07:03:39 -0700
>
> Hello Ms. Kramer,
>
> Please let me know when you expect to be in a position to share
> Sorensen's stay proposal.
> Thanks very much in advance.
>
> Doug Carsten
> Sent from my Blackberry wireless handheld.
>
> ----- Original Message -----
> From: mak@kramerlawip.com <mak@kramerlawip.com>
> To: Carsten, Douglas
> Cc: michael@kalerlaw.com
> <michael@kalerlaw.com>; esbjork@gmail.com <esbjork@gmail.com>
> Sent: Wed Mar 05 08:28:11 2008
> Subject: RE: Sorensen v Sanyo
>
> Dear Mr. Carsten,
>
> I will prepare a stipulation and forward it to you promptly.  I am out
> of town today, but should have it ready for you tomorrow. Also, we
> will endeavor to have a proposal regarding discovery to you by March
> 31st.
>
> Sincerely,
>
> Melody A. Kramer
> > ----- Original Message -----
> > From: "Carsten, Douglas" <DCarsten@foley.com>
> > To: mak@kramerlawip.com
> > Subject: RE: Sorensen v Sanyo
> > Date: Tue, 4 Mar 2008 13:51:00 -0800
> >
> >
> > Hello Ms. Kramer,
> >
> > Thank you for your email.  Sanyo accepts your offer of an additional
> > thirty days in which to respond to the complaint.  By my
> > calculation, that would place Sanyo's response date up to and
```

```
> > including April 9, 2008.  If my calculation is incorrect, please do
> > not hesitate to let me know.  In addition, please let me know if you
> > would be so kind as to prepare a suitable stipulation acceptable to Sorensen for my review.
> >
> > I presume from your email that this extension will serve to allow
> > you to further determine the terms Sorensen would request in
> > connection with a proposed partial stay.  I would appreciate your
> > providing to me whatever proposal Sorensen has in mind for such a
> > partial stay on or before March 31, 2008 so that Sanyo has
> > appropriate time to digest your proposal in advance of the response
> > date.  I would also request that such a proposal specifically set
> > forth what discovery (if any) Sorensen would request in connection
> > with such a partial stay.  Please let me know at your earliest
> > convenience if you agree to providing that information in the stated timeframe.
> >
> > I look forward to hearing from you.
> >
> > Truly yours,
> >
> > Doug Carsten
> >
> > -----Original Message-----
> > From: mak@kramerlawip.com [mailto:mak@kramerlawip.com]
> > Sent: Tuesday, March 04, 2008 9:59 AM
> > To: Carsten, Douglas
> > Cc: michael@kaler.com
> > Subject: Sorensen v Sanyo
> >
> > Dear Mr. Carsten:
> >
> > Thank you for your email of February 28th.
> > Based on some recent developments, I will not be in a position to
> > forward you a proposed stipulation for partial stay of this case yet.
> > Comments by Judge Moskowitz in a related proceeding (transcript
> > attached), as well as new information that we presented to the Court
> > in opposition to another motion for stay (memorandum attached),
> > place the entire landscape of the scope and duration of any stay
> > that the Court may enter in substantial question.
> >
> > If Sanyo would like to have an additional 30 days before having to
> > respond to the Complaint, we are amenable to such a stipulation.
> >
> > Melody A. Kramer
> > Kramer Law Office, Inc.
> > 9930 Mesa Rim Road, Suite 1600
> > San Diego, CA 92121
> > 858/362-3150 direct
> > 858/824-9073 fax
> >
> > This email and any attachments thereto is confidential and may be
> > covered by attorney-client and/or work product privileges.
> >    If you have inadvertently received this email, please immediately
> > reply to the sender and destroy all electronic and paper copies of
> > the email and/or attachments.
> >
> >
> > The preceding email message may be confidential or protected by the
> > attorney-client privilege.
> > It is not intended for transmission to, or receipt by, any
> > unauthorized persons.  If you have received this message in error,
> > please (i) do not read it, (ii) reply to the sender that you
> > received the message in error, and (iii) erase or destroy the
> > message.  Legal advice contained in the preceding message is solely
> > for the benefit of the Foley & Lardner LLP
> > client(s) represented by the Firm in the particular matter that is
> > the subject of this message, and may not be relied upon by any other
```

> > party.
> >
> >
> > Internal Revenue Service regulations require that certain types of
> > written advice include a disclaimer. To the extent the preceding
> > message contains advice relating to a Federal tax issue, unless
> > expressly stated otherwise the advice is not intended or written to
> > be used, and it cannot be used by the recipient or any other
> > taxpayer, for the purpose of avoiding Federal tax penalties, and was
> > not written to support the promotion or marketing of any transaction
> > or matter discussed herein.
>
> >
>
>
>
> Melody A. Kramer
> Kramer Law Office, Inc.
> 9930 Mesa Rim Road, Suite 1600
> San Diego, CA 92121
> 858/362-3150 direct
> 858/824-9073 fax
>
> This email and any attachments thereto is confidential and may be
> covered by attorney-client and/or work product privileges.
>   If you have inadvertently received this email, please immediately
> reply to the sender and destroy all electronic and paper copies of the
> email and/or attachments.
>
>
> The preceding email message may be confidential or protected by the
> attorney-client privilege.
> It is not intended for transmission to, or receipt by, any
> unauthorized persons.  If you have received this message in error,
> please (i) do not read it, (ii) reply to the sender that you received
> the message in error, and (iii) erase or destroy the message.  Legal
> advice contained in the preceding message is solely for the benefit of
> the Foley & Lardner LLP
> client(s) represented by the Firm in the particular matter that is the
> subject of this message, and may not be relied upon by any
> other party.
>
>
> Internal Revenue Service regulations require that certain types of
> written advice include a disclaimer. To the extent the preceding
> message contains advice relating to a Federal tax issue, unless
> expressly stated otherwise the advice is not intended or written to be
> used, and it cannot be used by the recipient or any other taxpayer,
> for the purpose of avoiding Federal tax penalties, and was not written
> to support the promotion or marketing of any transaction or matter
> discussed herein.
>

>

Melody A. Kramer
Kramer Law Office, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121
858/362-3150 direct
858/824-9073 fax

This email and any attachments thereto is confidential and may be covered by attorney-client and/or work product privileges.  If you have inadvertently received this email, please immediately reply to the sender and destroy all electronic and paper copies of the

email and/or attachments.

4