| | |
|---|---|
| 1 | DOUGLAS CARSTEN, SBN 198467 |
| | dcarsten@foley.com |
| 2 | DEBRA D. NYE, SBN 226076 |
| | dnye@foley.com |
| 3 | Foley & Lardner LLP |
| 4 | 11250 El Camino Real, Suit 200 |
| | San Diego, California 92130 |
| 5 | Telephone: (858) 847-6700 |
| 6 | |
| | Attorneys for Defendant |
| 7 | SANYO NORTH AMERICA CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) ) ) ) | Case No. 08-cv-0135 BTM (CAB) |
| Plaintiff | ) ) | |
| v. | ) | **PROOF OF SERVICE** |
| SANYO NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 – 100, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action; my current business address is 11250 El Camino Real, Suite 200, San Diego, California 92130.

On April 9, 2008 I served the foregoing document(s) described as:

DEFENDANT SANYO NORTH AMERICA CORPORATION'S NOTICE OF MOTION AND MOTION TO STAY THE LITIGATION PENDING REEXAMINATION OF U.S. PATENT NO. 4,935,184;

DEFENDANT SANYO NORTH AMERICA CORPORATION'S MEMORANDUM IN SUPPORT OF MOTION TO STAY THE LITIGATION PENDING REEXAMINATION OF U.S. PATENT NO. 4,935,184; AND

DECLARATION OF SCOTT M. DANIELS IN SUPPORT OF DEFENDANT SANYO NORTH AMERICA CORPORATION'S MOTION TO STAY THE LITIGATION PENDING REEXAMINATION OF U.S. PATENT NO. 4,935,184

on the interested parties in this action as follows:

X   BY ELECTRONIC SERVICE: Through the Court's ECF system, which will serve the documents on counsel for plaintiff electronically as follows:

| | |
|---|---|
| Melody A Kramer, Esq.<br>Kramer Law Office, Inc.<br>9930 Mesa rim Road, Suite 1600<br>San Diego, CA 92121<br>858.362.3150<br>mak@kramerlawip.com (email) | Attorneys for Plaintiff<br>JENS ERIK SORENSEN, as Trustee of<br>SORENSEN RESEARCH AND<br>DEVELOPMENT TRUST |
| J. Michael Kaler<br>Kaler Law Offices<br>9930 Mesa Rim Road, Suite 200<br>San Diego, CA 92121<br>Tel: 858.362.3151<br>Michael@kalerlaw.com (email) | |

X   Executed on April 9, 2008, at San Diego, California.

X   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jeff Kauffman