DOUGLAS CARSTEN, SBN 198467
dcarsten@foley.com
DEBRA D. NYE, SBN 226076
dnye@foley.com
Foley & Lardner LLP
11250 El Camino Real, Suit 200
San Diego, California 92130
Telephone: (858) 847-6700

Attorneys for Defendant
SANYO NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>          Plaintiff<br>  v.<br><br>SANYO NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 – 100,<br><br>          Defendants. | Case No. 08-cv-0135 BTM (CAB)<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed: January 23, 2008<br><br>Hon. Barry Ted Moskowitz |

DEFENDANT'S NOTICE OF APPEARANCE
CASE NO. 08CV135 BTM (CAB)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that Debra D. Nye of the firm of Foley & Lardner LLP, enters and appearance as co-counsel of record and on behalf of defendant Sanyo North America Corporation ("Sanyo") in the above-captioned matter. Please send copies of all notices, pleadings, orders, or other documents pertaining to the above-entitled matter to the address below:

> Debra D. Nye, Esq.
> FOLEY & LARDNER LLP
> 11250 El Camino Real, Suite 200
> San Diego, CA 92130
> dnye@foley.com

Dated: April 14, 2008                                FOLEY & LARDNER LLP


                                                    By:  ___/s/ Debra D. Nye_____
                                                         Attorney for Defendant
                                                         Sanyo North America Corporation
                                                         dnye@foley.com