| | |
|---|---|
| 1 | J. MICHAEL KALER, SBN 158296 |
| 2 | 9930 Mesa Rim Road, Suite 200 |
|   | San Diego, California 92121 |
| 3 | Telephone (858) 362-3151 |
| 4 | Email:  michael@kalerlaw.com |
| 5 | MELODY A. KRAMER, SBN 169984 |
| 6 | 9930 Mesa Rim Road, Suite 1600 |
|   | San Diego, California 92121 |
| 7 | Telephone (858) 362-3150 |
| 8 | Email:  mak@kramerlawip.com |
| 9 | Attorneys for Plaintiff JENS ERIK SORENSEN, |
|   | as Trustee of SORENSEN RESEARCH AND |
| 10 | DEVELOPMENT TRUST |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | ) ) ) | Case No. 08 CV 135 BTM CAB |
| | ) ) | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING OUTCOME OF REEXAMINATION PROCEEDINGS** |
| Plaintiff, | ) | |
| v. | ) ) | |
| SANYO NORTH AMERICA CORPORATION, a Delaware corporation; and DOES 1 – 100, | ) ) ) ) | Date:  May 30, 2008 Time:  11:00 a.m. Courtroom 15 – 5th Floor |
| Defendants. | ) ) | The Hon. Barry T. Moskowitz |
| | ) ) ) ) | *NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT* |

1  PLAINTIFF Jen Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("SRDT") respectfully requests the Court to take judicial notice of the following documents in support of Plaintiff's Opposition to Defendant's Motion to Stay:

1. *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #180, Exhibit B; and

2. *Sorensen v. Black & Decker*, Case No. 06cv1572, Docket #243.

Courtesy copies are attached hereto.

DATED this Friday, April 18, 2008.

        JENS ERIK SORENSEN, as Trustee of
        SORENSEN RESEARCH AND DEVELOPMENT
        TRUST, Plaintiff

        /s/ J. Michael Kaler
        J. Michael Kaler, Esq.
        Attorney for Plaintiff