J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br><br> v. <br><br> SANYO NORTH AMERICA CORPORATION, a Delaware Corporation; and DOES 1 – 100, <br><br> Defendants. | Case No. 08 cv 135 BTM CAB <br><br> THIRD AMENDED NOTICE OF RELATED CASES |

//

Pursuant to Local Civil Rule 40.1(e), Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives THIRD AMENDED notice of cases related to the present case. Specifically, SRD TRUST gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"), whether pending, dismissed, or otherwise terminated:

### JUDGMENT ENTERED

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. First International Digital, Inc., et al*, Case No. 3:07-cv-5525-JSW, filed October 30, 2007 in the United States District Court for the Northern District of California. Judgment of $500,000.00 has been entered.

### PENDING – NOT STAYED

*Acco Brands USA LLC v. Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust,* Case No. 08cv1670 JAH JMA, filed September 12, 2008 in the USDC for the District of Southern California.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Conair Corporation,* Case No. 08cv1256, filed July 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Phillips Plastics Corp.,* Case No. C08-03094, filed June 26, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. A motion to transfer this case is pending. A request to relate this case to others in the Northern District was denied.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

Case No. 08cv135

1    *Trust v. Human Touch LLC, et al,* Case No. 08cv1080, filed June 18, 2008 in the
2    United States District Court for the District of Southern California.    Plaintiff alleges
3    infringement of the '184 patent by Defendants.    Assignment to the same district
4    judge as other '184 patent cases in the district has already occurred.

5        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
6    *Trust v. Lexar Media, Inc.,* Case No. 5:08-cv-00095-JW, filed January 7, 2008 in the
7    United States District Court for the District of Northern California. Plaintiff alleges
8    infringement of the '184 patent by Defendants.    A requested stay has already been
9    denied and this case is proceeding towards trial.

10        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
11    *Trust v. Johnson Level & Tool Mfg. Co., Inc.,* Case No. 3:08-cv-0025-BTM-CAB,
12    filed January 4, 2008 in the United States District Court for the District of Southern
13    California. Plaintiff alleges infringement of the '184 patent by Defendants.
14    Assignment to the same district judge as other '184 patent cases in the district has
15    already occurred.

16        *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
17    *Trust v. Ampro Tools Corporation,* Case No. 4:08-cv-00096-CW, filed January 7,
18    2008 in the United States District Court for the District of Northern California.
19    Plaintiff alleges infringement of the '184 patent by Defendants.    A default judgment
20    motion is pending.

21        *PowerStation LLC, et al v. Sorensen Research and Development Trust*, Case
22    No. 07-cv-04167-RBH, filed December 31, 2007 in the United States District Court
23    for the District of South Carolina.  Plaintiff seeks declaratory judgment that the '184
24    patent is invalid and not infringed by them, and also makes an unfair trade practices
25    claim.    A Rule 12 motion for transfer for lack of personal jurisdiction is under
26    submission.

27        *Big Lots Stores, Inc. v. Sorensen Research and Development Trust*, Case. No.
28    08cv00506, filed May 23, 2008 in the United States District Court for the Southern

District of Ohio.  Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them.  No summons or complaint have been served, and this case will be the subject of a Rule 12 motion for transfer for lack of personal jurisdiction.

*Freshlink Product Development, L.L.C. v. Sorensen Research & Development Trust*, Case. No. 08cv05021, filed May 30, 2008 in the USDC for the Southern District of New York.  No summons or complaint have been served, and this case will be the subject of a Rule 12 motion for transfer for lack of personal jurisdiction.

*American Safety Razor Co. v. Sorensen Research & Development Trust,* Civil Case No. 07-CV-00730-HHK, filed April 20, 2007, in the United States District Court for the District of Columbia.  No summons or complaint have been served, and this case will be the subject of a Rule 12 motion for transfer for lack of personal jurisdiction.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. DMS Holdings, Inc., et al.,* Case No. 08cv559, filed March 25, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Alltrade Tools, LLC., et al.*, Case No. 08cv232, filed February 5, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the same district judge as other '184 patent cases in the district has already occurred.

## PENDING - STAYED

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Metabo Corporation, et al.*, Case No. 08cv304, filed February 15, 2008 in the United States District Court for the District of Southern California. Plaintiff

1    alleges infringement of the '184 patent by Defendants.   Assignment to the same
2    district judge as other '184 patent cases in the district has already occurred.

3           *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
4    *Trust v. Star Asia, U.S.A., LLC, et al.*, Case No. 08cv307, filed February 15, 2008 in
5    the United States District Court for the District of Southern California. Plaintiff
6    alleges infringement of the '184 patent by Defendants.   Assignment to the same
7    district judge as other '184 patent cases in the district has already occurred.

8           *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
9    *Trust v. Kyocera International, Inc., et al.*, Case No. 08cv411, filed March 4, 2008 in
10   the United States District Court for the District of Southern California. Plaintiff
11   alleges infringement of the '184 patent by Defendants.   Assignment to the same
12   district judge as other '184 patent cases in the district has already occurred.

13          *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
14   *Trust v. Central Purchasing, LLC, et al.*, Case No. 08cv309, filed February 15, 2008
15   in the United States District Court for the District of Southern California. Plaintiff
16   alleges infringement of the '184 patent by Defendants.   Assignment to the same
17   district judge as other '184 patent cases in the district has already occurred.

18          *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
19   *Trust v. Logitech, Inc., et al.*, Case No. 08cv308, filed February 15, 2008 in the
20   United States District Court for the District of Southern California. Plaintiff alleges
21   infringement of the '184 patent by Defendants.   Assignment to the same district
22   judge as other '184 patent cases in the district has already occurred.

23          *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
24   *Trust v. Rally Manufacturing, Inc., et al.*, Case No. 08cv302, filed February 15, 2008
25   in the United States District Court for the District of Southern California. Plaintiff
26   alleges infringement of the '184 patent by Defendants.   Assignment to the same
27   district judge as other '184 patent cases in the district has already occurred.

28          *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*

1  *Trust v. Sunbeam Products, Inc., et al.*, Case No. 08cv306, filed February 15, 2008 in
2  the United States District Court for the District of Southern California. Plaintiff
3  alleges infringement of the '184 patent by Defendants.  Assignment to the same
4  district judge as other '184 patent cases in the district has already occurred.

5      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
6  *Trust v. CTT Tools, Inc., et al.*, Case No. 08cv231, filed February 5, 2008 in the
7  United States District Court for the District of Southern California. Plaintiff alleges
8  infringement of the '184 patent by Defendants.  Assignment to the same district
9  judge as other '184 patent cases in the district has already occurred.

10      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
11  *Trust v. Global Machinery Company, et al.*, Case No. 08cv233, filed February 5,
12  2008 in the United States District Court for the District of Southern California.
13  Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the
14  same district judge as other '184 patent cases in the district has already occurred.

15      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
16  *Trust v. Emissive Energy Corp., et al.*, Case No. 08cv234, filed February 5, 2008 in
17  the United States District Court for the District of Southern California. Plaintiff
18  alleges infringement of the '184 patent by Defendants.  Assignment to the same
19  district judge as other '184 patent cases in the district has already occurred.

20      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
21  *Trust v. Motorola, Inc., et al.,* Case No. 3:08-cv-0136 LAB RBB, filed January 23,
22  2008 in the United States District Court for the District of Southern California.
23  Plaintiff alleges infringement of the '184 patent by Defendants.  Assignment to the
24  same district judge as other '184 patent cases in the district has already occurred.

25      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development*
26  *Trust v. Sanyo North America Corporation, et al.,* Case No. 3:08-cv-0135 DMS
27  POR, filed January 23, 2008 in the United States District Court for the District of
28  Southern California. Plaintiff alleges infringement of the '184 patent by Defendants.

Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Informatics, inc., et al.,* Case No. 3:08-cv-0134-L NLS, filed January 23, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Ryobi Technologies, Inc., et al.,* Case No. 3:08-cv-0070-BTM-CAB, filed January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Senco Products, Inc.,* Case No. 3:08-cv-0071-BTM-CAB, filed January 11, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Emerson Electric Co., et al,* Case No. 3:08-cv-0060-BTM-CAB, filed January 10, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Energizer Holdings, Inc., et al,* Case No. 3:07-CV-2321-BTM-CAB, filed December 11, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Defendants.

Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Giant International, Inc., et al*, Case No. 3:07-CV-2121-BTM-CAB, filed November 6, 2007 in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Esseplast (USA) NC, Inc., et al*, Case No. 3:07-cv-2277-BTM-CAB, filed December 4, 2007 in this District. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v. Helen of Troy Texas Corporation, et al*, Case No. 3:07-cv-2278-BTM-CAB, filed December 4, 2007 in this District. Plaintiff alleges infringement of the '184 patent by Defendants. Assignment to the same district judge as other '184 patent cases in the district has already occurred.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Digital Networks North America, Inc., et al*, Case No. 3:07-5568-JSW, filed November 1, 2007 in the United States District Court for the Northern District of California. Plaintiff alleges infringement of the '184 patent by Defendants. The Northern District has already reviewed whether this case was related to other '184 patent cases in the Northern District and found it was not.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. The Black & Decker Corporation, et al,* Civil Case No.: 3:06-CV-1572-BTM-CAB, filed August 7, 2006, in the United States District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by

8.

1  Defendants.  Assignment to the same district judge as other '184 patent cases in the
2  district has already occurred.

3

4                          **SETTLED AND DISMISSED**

5         *Jens Erik Sorensen as Trustee of the Sorensen Research And Development*
6  *Trust v.  Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B
7  MLS, filed September 18, 2006 in the Southern District of California. The action
8  was settled by the parties, and dismissed.

9         *Jens Erik Sorensen As Trustee of The Sorensen Research And Development*
10 *Trust v.  Head USA Inc.*  Civil Case No.:  06CV1434BTN  CAB, filed July 2006 in
11 the Federal District for the Southern District of California.  The action was settled by
12 the parties, and dismissed.

13        *Head USA Inc. v. Jens Erik Sorensen (As Trustee of The Sorensen Research*
14 *And Development Trust), and Sorensen Research And Development Trust.*  Docket
15 No.: 306CV00983, filed June 2006 in the Federal District of Connecticut. The matter
16 was transferred and consolidated with the *Sorensen Research And Development*
17 *Trust v.  Head USA Inc.* action filed in the Southern District of California, Civil Case
18 No.:  06CV1434BTM  CAB. The action was later settled by the parties, and
19 dismissed.

20        *Nordica USA Corp. v. Jens Ole Sorensen, Jens Erik Sorensen, and Sorensen*
21 *Research and Development Trust.*  Docket No. 1:06-cv-91-JM filed March 8, 2006 in
22 the Federal District of New Hampshire. The matter was transferred and consolidated
23 with *Jens Erik Sorensen As Trustee of The Sorensen Research And Development*
24 *Trust v.  Tecnica USA, Inc and Nordica USA, Inc.,* Civil Case No. 06CV1941 B
25 MLS, filed in the Southern District of California.  The action was later settled by the
26 parties.

27        *Jens Ole Sorensen, and Jens E. Sorensen, as Trustee Of The Sorensen*
28 *Research and Development Trust v. DaimlerChrysler AG, and Mercedes-Benz USA,*

Case No. 08cv135

*LLC*.  Civil No.  03-1763 (HAA) filed in the United States District Court for Northern California and transferred to the United States District Court for New Jersey.  This matter has been settled and dismissed.

*In the Matter of Certain Automobile Tail Light Lenses And Products Incorporating Same.*  Investigation No. 337-TA-502 filed in the United States International Trade Commission.  The matter was remanded after appeal to the Federal Circuit Court of Appeals, then settled and dismissed.

*Jens E. Sorensen, as Trustee Of The Sorensen Research and Development Trust v. Premier Automotive Group, Ford Motor Company, and Jaguar, Ltd.*  Case No. 03-cv-01107, filed March 14, 2003 in the Federal Court for the Northern District of California.  The matter was settled and dismissed.

*Sorensen et al v. International Trade Commission et al.*, 427 F.3d 1375 (Fed. Cir. 2005).  After the Federal Circuit ruled in patentee's favor, the parties settled and dismissed.

## DISMISSED

*DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case No.: 07-CV-02690, filed May 11, 2007, in the United States District Court for the Northern District of Illinois.  This case has been dismissed.  Sorensen filed against DMS Holdings in the United States District Court for Southern California (see above).

*Lowe's Companies, Inc., et al v. Sorensen Research and Development Trust.* Case No. 05-cv-00234 filed July 29, 2005 in the Federal Court for the Western District of North Carolina.  The matter was never served and was dismissed.

*Digital Innovations LLC v. Sorensen Research and Development Trust.*  Case No. 05-cv-06428, filed November 9, 2005 in the Federal Court for the Northern District of Illinois. The matter was never served and was dismissed.

*Big Lots v. Sorensen Research and Development Trust.*  Case No. 2:06-cv-

1089, filed December 29, 2006 in the Federal Court for the Southern District of Ohio. The matter was never served and was dismissed.

*Bon-Aire v. Sorensen Research and Development Trust.* Case No. 07-cv-054-S, filed January 2007 in the Federal Court for the District of Idaho. The matter was never served and was dismissed.

*Husqvarna Outdoor Products, Inc. v. Sorensen Research and Development Trust.* CIV. NO. CV106-160 in the Federal Court for the Southern District of Georgia on October 30, 2006. The matter was never served and was dismissed.

DATED this Tuesday, September 16, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff


/s/ Melody A. Kramer
Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff

11.

1

2

# PROOF OF SERVICE

3    I, Melody A. Kramer, declare:  I am and was at the time of this service working within in

4 the County of San Diego, California.  I am over the age of 18 year and not a party to the within

5 action.  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600,

6 San Diego, California, 92121.

7    On Tuesday, September 16, 2008, I served the following documents:

8

9    **THIRD AMENDED NOTICE OF RELATED CASES**

10

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Douglas Carsten<br>dcarsten@foley.com<br>Debra D. Nye<br>dnye@foley.com<br>Foley & Lardner LLP<br>11250 El Camino Real, Suit 200<br>San Diego, California 92130<br>Telephone: (858) 847-6700 | Sanyo North America Corporation | Email - Pleadings Filed with the Court via ECF |
| Ryan B. Chirnomas<br>chirnomasr@whda.com<br>Scott M. Daniels<br>Westerman, Hattori, Daniels & Adrian, LLP<br>1250 Connecticut Ave., NW, Suite 700<br>Washington, D.C. 20036-2657 | Sanyo North America Corporation | Email - Pleadings Filed with the Court via ECF |

22

23    **X** (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

24    I declare that the foregoing is true and correct, and that this declaration was

25 executed on Tuesday, September 16, 2008, in San Diego, California.

26                                    /s/ Melody A. Kramer

27                                    Melody A. Kramer

28

Case No. 08cv135